Morgan and Morgan Complex Litigation Group
Michael Ram SBN 104805
711 Van Ness Avenue, Suite 500
San Francisco, CA  94102


Representing: Plaintiff                                           File No.


UNITED STATES DISTRICT COURT
Eastern District of California - District - Sacramento

| | |
|---|---|
| Riva on the River Homeowners Association, et al.<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>The Management Association, Inc., et al.<br>**Defendant/Respondent** | Case No. 2:24-cv-02782<br><br>Proof of Service of:<br>Summons, Complaint, Order re: Status (Pretrial Scheduling) Conference<br><br>Service on:<br>The Management Association, Inc. dba The Management Trust, a California Corporation |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 24028209

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Morgan and Morgan Complex Litigation Group<br>Michael Ram SBN 104805<br>711 Van Ness Avenue Suite 500<br>San Francisco, CA 94102<br>TELEPHONE NO: 415-846-3862  FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: mram@forthepeople.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Eastern District of California - District - Sacramento<br>501 I Street Suite 4-200<br>Sacramento, CA 95814 | |
| PLAINTIFF / PETITIONER: Riva on the River Homeowners Association, et al.<br>DEFENDANT / RESPONDENT: The Management Association, Inc., et al. | CASE NUMBER:<br>2:24-at-01277 |
| PROOF OF SERVICE | Ref. No. or File No.:<br>12073836 (24028209) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Order re: Status (Pretrial Scheduling) Conference

2. Party Served: The Management Association, Inc. dba The Management Trust, a California Corporation

3. Person Served: CSC Lawyers Incorporating Service - Koy Saechao - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: October 29, 2024 at 1:31 pm PDT

5. Address, City and State: 2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $40.00

Registered California process server.
Tyler Di Maria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Tyler Di Maria

Date: October 29, 2024

PROOF OF SERVICE