1  Fletcher C. Alford, SBN 152314
   falford@grsm.com
2  Kevin Liu, SBN 295287
   kliu@grsm.com
3  Myles Lanzone, SBN 257791
   mlanzone@grsm.com
4  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
5  San Francisco, California  94111
   Telephone:     (415) 986-5900
6  Facsimile:     (415) 986-8054

7  Attorneys for Defendant
   THE MANAGEMENT ASSOCIATION, INC., dba
8  THE MANAGEMENT TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA ON THE RIVER HOMEOWNERS ASSOCIATION on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST, a California Corporation, and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02782-WBS-CSK<br><br>**DEFENDANT THE MANAGEMENT ASSOCIATION, INC., DBA THE MANAGEMENT TRUST'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**<br><br>[Fed, R, Civ. Proc. 7.1] |

Defendant The Management Association, Inc., dba The Management Trust ("Defendant"), is a California Corporation organized under the laws of the State of California and has its principal place of business in California.  Defendant has no parent corporation and there is no publicly held company that owns 10% or more of its stock.

| | |
|---|---|
| Dated: November 19, 2024 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: */s/ Fletcher C. Alford*<br>Fletcher C. Alford<br>Kevin Liu<br>Myles Lanzone<br>Attorneys for Defendant<br>THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Maria Deang, declare: |
| 3 | I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 315 Pacific Avenue, San Francisco, California 94111. |

# PROOF OF SERVICE

I, Maria Deang, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 315 Pacific Avenue, San Francisco, California 94111.

On November 19, 2024, I electronically filed the attached document:

> DEFENDANT THE MANAGEMENT ASSOCIATION, INC., DBA THE MANAGEMENT TRUST'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

**Attorneys for Plaintiff and the Putative Class**

| | |
|---|---|
| Michael F. Ram, Esq. | Jeffrey B. Cereghino, Esq. |
| mram@forthepeople.com | jbc@cereghinolaw.com |
| Marie N. Appel, Esq. | CEREGHINO LAW GROUP LLP |
| mappel@forthepeople.com | 737 Bryant Street |
| Shelby Serig (Pro Hac Vice) | San Francisco, CA 94105 |
| MORGAN & MORGAN | Telephone: (415) 433-4949 |
| COMPLEX LITIGATION GROUP | Facsimile: (415) 433-7311 |
| 711 Van Ness Avenue, Suite 500 | |
| San Francisco, CA 94102 | |
| Telephone: (415) 846-3862 | |
| Facsimile: (415) 358-6923 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 19, 2024, at San Francisco, California.

_____
Maria Deang