

# United States District Court
# Eastern District of California

| RIVA ON THE RIVER HOMEOWNERS | Case Number: 2:24-cv-02782-CSK |

Plaintiff(s)

V.

| THE MANAGEMENT ASSOCIATION, INC. | APPLICATION FOR PRO HAC VICE AND ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Shelby Serig** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, RIVA ON THE RIVER HOMEOWNERS ASSOCIATION

On **04/24/2004** (date), I was admitted to practice and presently in good standing in the **State of Florida** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/21/2024                Signature of Applicant: /s/ Shelby Serig

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Shelby Serig |
| Law Firm Name: | Morgan and Morgan Complex Litigation Group |
| Address: | 501 Riverside Drive |
| | Suite 1200 |
| City: | Jacksonville    State: FL    Zip: 32202 |
| Phone Number w/Area Code: | (904) 330-3819 |
| City and State of Residence: | Fleming Island, FL |
| Primary E-mail Address: | sserig@forthepeople.com |
| Secondary E-mail Address: | jbmiller@forthepeople.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael F. Ram |
| Law Firm Name: | Morgan and Morgan Complex Litigation Group |
| Address: | 711 Van Ness Ave |
| | Suite 500 |
| City: | San Francisco    State: CA    Zip: 94102 |
| Phone Number w/Area Code: | (415) 846-3862    Bar #: 104805 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 26, 2024

*[signature]*

**UNITED STATES MAGISTRATE JUDGE**

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**SHELBY SERIG**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **APRIL 24, 2004**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JANUARY 30, 2024.

_____
Clerk of the Supreme Court of Florida