UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA ON THE RIVER HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE MANAGEMENT ASSOCIATION, INC., DBA THE MANAGEMENT TRUST, et al.,<br><br>Defendants. | Case No. 2:24-cv-02782-CSK<br><br>ORDER FOR JOINT SCHEDULING REPORT |

This action has been assigned to United States Magistrate Judge Chi Soo Kim upon the consent of all parties pursuant to 28 U.S.C. § 636(c). (ECF No. 11.) Defendant The Management Association, Inc., dba The Management Trust, has answered Plaintiff Riva on the River Homeowners Association's Complaint. (ECF No. 8) There are no other defendants named in the Complaint.[1] (*See* ECF No. 1.) Thus, this case is ripe for scheduling.

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within 30 days of this order, the parties shall confer regarding the filing of a Joint

---

[1] Plaintiff also names Defendants Does 1-100 in the Complaint. *See* ECF No. 1 at 2, 3.

1

Status Report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order. In addition to the requirements of Local Rule 240(a), the parties shall also address the following in their Joint Status Report:

    a) The parties' estimated length of trial, and whether the case will be tried to a jury or to the bench;

    b) Whether Defendants Does 1-100 will be dismissed by Plaintiff, and if not, when Plaintiff will identify and amend to name additional defendants currently identified as Doe Defendants;

    c) In the proposed schedule presented pursuant to Local Rule 240(a)(11), include proposed dates for the filing of a Joint Mid-Discovery Statement, which should occur at a mid-point during the fact discovery time period; and the final pretrial conference, which should occur three to four weeks before the proposed trial date. The parties' proposed trial date should occur approximately four to five months after the dispositive motion hearing deadline; and

    d) In the proposed schedule for expert disclosures presented pursuant to Local Rule 240(a)(11), include proposed dates for initial expert disclosures and rebuttal expert disclosures.

2. An initial pretrial scheduling conference shall be held on Tuesday, January 28, 2025 10:00 a.m. in Courtroom 25.

3. The parties are reminded of the Local Rule 240(b) requirement to submit a proposed discovery plan within fourteen (14) days of the parties' discovery conference.

4. The parties are directed to Judge Kim's Civil Standing Orders, which are located on the Court's website at www.caed.uscourts.gov (select "Judges," then select Magistrate Judge Chi Soo Kim). The parties should take note of the page limits for civil motions and discovery joint statements. The parties are responsible for

knowing and complying with the Court's standing orders.

5. The parties are further reminded of their continuing duty to notify the Court immediately of any settlement or other disposition. *See* Local Rule 160.

Dated:  December 6, 2024

> _____
> CHI SOO KIM
> UNITED STATES MAGISTRATE JUDGE

4, riva2782.24