

# United States District Court
# Eastern District of California

| | |
|---|---|
| Riva on the River Homeowners Assoc., et al. | Case Number: 2:24-cv-02782-CSK |
| Plaintiff(s) | |
| V. | |
| The Management Association, Inc. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert K. Shelquist hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Riva on the River Homeowners Association

On 10/26/1990 (date), I was admitted to practice and presently in good standing in the State of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/22/2025      Signature of Applicant: /s/ Robert K. Shelquist

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Robert K. Shelquist |
| Law Firm Name: | Cuneo Gilbert & LaDuca, LLP |
| Address: | 5775 Wayzata Blvd., Suite 620 |
| City: | St. Louis Park    State: MN    Zip: 55416 |
| Phone Number w/Area Code: | (612) 254-7288 |
| City and State of Residence: | Excelsior, MN |
| Primary E-mail Address: | rshelquist@cuneolaw.com |
| Secondary E-mail Address: | bgilles@cuneolaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael F. Ram |
| Law Firm Name: | Morgan and Morgan Complex Litigation Group |
| Address: | 711 Van Ness Ave |
| | Suite 500 |
| City: | San Francisco    State: CA    Zip: 94102 |
| Phone Number w/Area Code: | (415) 846-3862    Bar #: 104805 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/24/2025

_[signature]_
JUDGE, U.S. DISTRICT COURT

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

ROBERT KINNEY SHELQUIST

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 1990

Given under my hand and seal of this court on

September 22, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration