Michael F. Ram, SBN 104805
mram@forthepeople.com
Colin Losey, SBN 352223
colin.losey@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
737 Bryant Street
San Francisco, CA 94105
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff and the Putative
Class

Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE MANAGEMENT ASSOCIATION,
INC., dba THE MANAGEMENT TRUST

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RIVA ON THE RIVER HOMEOWNERS'
ASSOCIATION on behalf of itself and all
others similarly situated,

Plaintiff,

v.

THE MANAGEMENT ASSOCIATION,
INC. dba THE MANAGEMENT TRUST, a
California Corporation,

Defendant.

No. 2:24-cv-02782-CSK

**STIPULATION AND [PROPOSED]
ORDER EXTENDING CLASS
CERTIFICATION BRIEFING AND
HEARING DATES**

Hon. Chi Soo Kim

Action Filed:  October 9, 2024

0

Pursuant to Rule 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure, as well as L.R. 143, and 144 of the E.D. Cal. Local Rules, Plaintiff, RIVA ON THE RIVER HOMEOWNERS ASSOCIATION ("RIVA"), and Defendant, THE MANAGEMENT ASSOCIATION, INC. dba THE MANAGEMENT TRUST ("TMT"), jointly stipulate to extend the briefing schedule and hearing date relating to Plaintiff's Motion for Class Certification by one week, and the parties seek entry of the same by the Court as set forth below:

1.      Under Rule 6(b)(1)(A), the Court may extend deadlines for good cause. Fed. R. Civ. P. 6(b)(1)(A). Per L.R. 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." Rule 16(b)(4) states that, "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" under Rule 16(b) "primarily considers the diligence of the party seeking the amendment

2.      Plaintiff filed its Motion for Class Certification (the "Motion") on January 12, 2026. Defendant's deadline to file its Opposition to the Motion is currently April 7, 2026 and Plaintiff's deadline to file its Reply is currently June 8, 2026. The hearing on the Motion is currently set for June 30, 2026.

3.      The Parties have been diligently attempting to comply with the briefing schedule associated with the Motion. In addition to written discovery, the Parties have completed the depositions of Defendant's Rule 30(b)(1) witness, four of Plaintiff's current and former board members, and one of the witnesses who submitted declarations in support of Plaintiff's Motion. The deposition of Plaintiff's remaining witness who submitted a declaration in support of Plaintiff's Motion is scheduled for March 27, 2026 and the deposition of Plaintiff's treasurer and Rule 30(b)(1) witness is scheduled for March 30, 2026. These remaining depositions were scheduled as soon as practicable given the availability of the witnesses and counsel.

4.      Notwithstanding the Parties' diligence in completing the necessary discovery, because the remaining depositions of Plaintiff's witnesses will not be completed until March 30,

STIPULATION AND ~~PROPOSED~~ ORDER                     Case No. 2:24-cv-02782-CSK
EXTENDING CLASS CERTIFICATION BRIEFING AND HEARING DATES
2026.03.26 Stip Extending Class Cert Briefing and Hearing (Word) - 3/26/2026 1:51 PM

2026, the current April 7, 2026 deadline for Defendant to file its Opposition to the Motion does not allow sufficient time for Defendant to receive and review the deposition transcripts from the court reporters, and incorporate the relevant portions and exhibits from these depositions into its Opposition to the Motion.

5.    Therefore, the Parties have met and conferred and agreed that extending the briefing and hearing on the Motion by one week would be appropriate.  The requested extension does not affect the trial date or any of the other deadlines set forth in the Court's Scheduling Order (ECF No. 29).

6.    The Parties are not stipulating to, and requesting the Court's approval of, this one week continuance and extension of deadlines associated with the Motion for purposes of delay, but rather so that justice may be done.

7.    Below is a table showing the stipulated deadline extensions:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opposition to Motion for Class Certification | April 7, 2026 | April 14, 2026 |
| Reply to Motion for Class Certification | June 8, 2026 | June 15, 2026 |
| Hearing on Motion for Class Certification | June 30, 2026 | July 7, 2026 |

Dated: March 30, 2026                    Respectfully Submitted,

MORGAN AND MORGAN,
COMPLEX LITIGATION GROUP

By:    /s/Michael F. Ram (as authorized on 3/26/2026)
        Michael F. Ram

Michael F. Ram, SBN 104805
mram@forthepeople.com
Colin Losey, SBN 352223
colin.losey@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500

2

San Francisco, CA 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
737 Bryant Street
San Francisco, CA 94107
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff and the Class

Dated: March 30, 2026                    Respectfully Submitted,

                                         GORDON REES SCULLY MANSUKHANI,
                                         LLP

                              By:        /s/Fletcher C. Alford
                                         Fletcher C. Alford

                                         Fletcher C. Alford, SBN 152314
                                         falford@grsm.com
                                         Kevin Liu, SBN 295287
                                         kliu@grsm.com
                                         GORDON REES SCULLY MANSUKHANI,
                                         LLP
                                         315 Pacific Avenue
                                         San Francisco, California 94111
                                         Telephone: (415) 986-5900
                                         Facsimile: (415) 986-8054

                                         Attorneys for Defendant
                                         THE MANAGEMENT ASSOCIATION, INC.,
                                         dba THE MANAGEMENT TRUST

3

STIPULATION AND ~~PROPOSED~~ ORDER                    Case No. 2:24-cv-02782-CSK
EXTENDING CLASS CERTIFICATION BRIEFING AND HEARING DATES
2026.03.26 Stip Extending Class Cert Briefing and Hearing (Word) - 3/26/2026 1:51 PM

**[PROPOSED] ORDER**

Finding good cause, the Court grants the Parties' request to extend the briefing deadlines and hearing associated with Plaintiff's Motion for Class Certification as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opposition to Motion for Class Certification | April 7, 2026 | April 14, 2026 |
| Reply to Motion for Class Certification | June 8, 2026 | June 15, 2026 |
| Hearing on Motion for Class Certification | June 30, 2026 | July 7, 2026 |

All other deadlines set forth in the Court's Scheduling Order (ECF No. 29) remain unchanged.

Dated: March 30, 2026

_____
Hon. Chi Soo Kim
United States Magistrate Judge

4, riva2782.24

STIPULATION AND ~~PROPOSED~~ ORDER                    Case No. 2:24-cv-02782-CSK
EXTENDING CLASS CERTIFICATION BRIEFING AND HEARING DATES
2026.03.26 Stip Extending Class Cert Briefing and Hearing (Word) - 3/26/2026 1:51 PM