Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California  94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendant
THE MANAGEMENT ASSOCIATION, INC., dba
THE MANAGEMENT TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA ON THE RIVER HOMEOWNERS ASSOCIATION on behalf of itself and all others similarly situated, | Case No. 2:24-cv-02782-CSK |
| Plaintiff, | **DEFENDANT'S MOTION FOR ADMINSTRATIVE RELIEF: INCREASE PAGE LIMIT** |
| v. | |
| THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST, a California Corporation, and DOES 1 through 200, inclusive, | Hon. Chi Soo Kim |
| Defendants. | |

Defendant THE MANAGEMENT ASSOCIATION, INC. dba THE MANAGEMENT TRUST ("Defendant"), by and through its counsel of record, hereby submit its motion for administrative relief requesting that the Court grant an extension of the applicable page limit for Defendant's memorandum of points and authorities in support of its Opposition to Plaintiff's Motion for Class Certification ("Opposition").

Pursuant to Section I.B. of the Court's Civil Standing Order, Defendant seeks administrative relief to increase the page limit from 20 pages to 30 pages for their upcoming Opposition. Good cause exists to increase the page limits due to the complexity of the factual and legal issues involved in this case. Discovery in this case has resulted in the production of over 63,000 documents in various formats, numerous party and expert depositions, and the retention of

-1-

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue, San Francisco, CA 94111

GORDON REES SCULLY MANSUKHANI, LLP
315 PACIFIC AVENUE, SAN FRANCISCO, CA 94111

banking industry experts. Furthermore, the facts of this case span from at least 2010 through the present, and encompass the relationship of not only Plaintiff and Defendant, but also Plaintiff's relationship with at least four former property management companies.

Furthermore, Plaintiff's proposed class entails thousands of potential class members, all of which are distinct legal entities, with different banking relationships with their respective banks. Moreover, at the center of this case is the complex and obscure world of HOA banking and the extensive history, background, and requirements in terms of financial management, reporting, and record-keeping.  Therefore, Defendant's Opposition requires a thorough analysis of Rule 23(a) of numerosity, commonality, typicality, and adequacy; along with issues of whether any individual issues predominate; and unique defenses that apply to Plaintiff. Accordingly, the complexity of these issues and the approximately $50 million in the amount of controversy, warrants increasing the page limit to properly lay the foundation of the case. Increasing the page limit of Defendant's Opposition would not prejudice Plaintiff as Plaintiff has informed Defendant that it does not oppose this request.

In conclusion, due to the complexities of the issues of this case, the size of the potential class, the amount in controversy, the extensive factual background related to HOA banking relationships, and the critical issues to address in Defendant's Opposition, Defendant respectfully requests the Court grant their motion for administrative relief to increase the page limit of their Opposition from 20 pages to 30 pages.

Dated: April 14, 2026                                      GORDON REES SCULLY MANSUKHANI, LLP


                                                          By:/*s/ Kevin Liu*
                                                              Fletcher C. Alford
                                                              Kevin Liu
                                                          Attorneys for Defendant
                                                          THE MANAGEMENT ASSOCIATION, INC.,
                                                          dba THE MANAGEMENT TRUST

DEFENDANT'S MOTION FOR ADMINSTRATIVE RELIEF: INCREASE PAGE LIMIT
Case No. 2:24-cv-02782-CSK