Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California  94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendant
THE MANAGEMENT ASSOCIATION, INC., dba
THE MANAGEMENT TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA ON THE RIVER HOMEOWNERS ASSOCIATION on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST, a California Corporation, and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02782-CSK<br>Class Action<br><br>**DECLARATION OF KEVIN LIU IN SUPPORT OF ADMINSTRATIVE RELIEF** |

I, Kevin Liu, declare:

1.    I am attorney at law licensed to practice before all courts of the State of California and am a Partner at the law firm of Gordon Rees Scully Mansukhani. I represent Defendant The Management Association, Inc., dba The Management Trust.

2.    I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

3.    I am submitting this declaration in support of Defendant's motion for administrative relief requesting that the Court extend the page limit for Defendant's memorandum of points and authorities in support of its Opposition to Plaintiff's Motion for Class Certification ("Opposition").

-1-

GORDON REES SCULLY MANSUKHANI, LLP
315 PACIFIC AVENUE, SAN FRANCISCO, CA 94111

4.      Good cause exists to increase the page limits due to the complexity of the factual and legal issues involved in this case. Discovery in this case has resulted in the production of over 63,000 documents in various formats, numerous party and expert depositions, and the retention of banking industry experts. Furthermore, the facts of this case span from at least 2010 through the present, and encompass the relationship of not only Plaintiff and Defendant, but also Plaintiff's relationship with at least four former property management companies.

5.      Furthermore, Plaintiff's proposed class entails thousands of potential class members, all of which are distinct legal entities, with different banking relationships with their respective banks.  At the center of this case is the complex and obscure world of HOA banking and the extensive history, background, and requirements in terms of financial management, reporting, and record-keeping.  Therefore, Defendant's Opposition requires a thorough analysis of Rule 23(a) of numerosity, commonality, typicality, and adequacy; along with issues of whether any individual issues predominate; and unique defenses that apply to Plaintiff. Accordingly, the complexity of these issues and the approximately $50 million in the amount of controversy, warrants increasing the page limit to properly lay the foundation of the case.

6.      Increasing the page limit of Defendant's Opposition would not prejudice Plaintiff as Plaintiff has informed Defendant that it does not oppose this request.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration is executed on April 14, 2026, in San Francisco, California.

/s/  Kevin Liu
Kevin Liu

DECLARATION OF KEVIN LIU IN SUPPORT OF ADMINSTRATIVE RELIEF
Case No. 2:24-cv-02782-CSK