Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California  94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendant
THE MANAGEMENT ASSOCIATION, INC., dba
THE MANAGEMENT TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA ON THE RIVER HOMEOWNERS ASSOCIATION on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST, a California Corporation, and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02782-CSK<br>Class Action<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINSTRATIVE MOTION TO INCREASE PAGE LIMITS** |

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue, San Francisco, CA 94111

-1-

Having considered Defendant THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST's ("Defendant") Administrative Motion to increase the page limit of its memorandum of points and authorities in support of its Opposition to Plaintiff's Motion for Class Certification ("Opposition"), the Court finds good cause and GRANTS Defendant's Administrative Motion. The page limit for Defendant's Opposition is increased from 20 pages to 30 pages.

**IT IS SO ORDERED.**

Dated:

_____

Hon. Chi Soo Kim
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINSTRATIVE MOTION TO INCREASE PAGE LIMITS                    Case No. 2:24-cv-02782-CSK