Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California  94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendant
THE MANAGEMENT ASSOCIATION, INC., dba
THE MANAGEMENT TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA ON THE RIVER HOMEOWNERS ASSOCIATION on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST, a California Corporation, and DOES 1 through 200, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-02782-CSK<br>Class Action<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS** |

Notice is hereby given that, on Tuesday, April 21, 2026, before the Honorable Chi Soo Kim of the United States District Court, Eastern District of California, Defendant will request an Order under Local Rule 141, to allow the following documents accompanying their Opposition to Plaintiff's Motion for Class Certification to be filed under seal:

- Exhibit B to the Declaration of Alan Jenkins in Support of Defendant's Opposition to Plaintiff's Motion for Class Certification;

- Exhibit F to the Declaration of Kevin Liu in support of Defendant's Opposition to Plaintiff's Motion for Class Certification ("Liu Decl.)";

- Exhibit G to the Liu Decl.

-1-

NOTICE OF REQUEST TO SEAL DOCUMENTS                    Case No. 2:24-cv-02782-CSK

GORDON REES SCULLY MANSUKHANI, LLP
315 PACIFIC AVENUE, SAN FRANCISCO, CA 94111

- Exhibit H to the Liu Decl.;

- Exhibit I to the Liu Decl.;

- Exhibit J to the Liu Decl.;

- Exhibit K to the Liu Decl.;

- Exhibit L to the Liu Decl.;

- Exhibit M to the Liu Decl.;

- Exhibit N to the Liu Decl.;

- Exhibit O to the Liu Decl.; and

- Exhibit P to the Liu Decl.

Defendant seeks to seal Exhibit B to the Declaration of Alan Jenkins in support of Defendant's Opposition because Exhibit B is an invoice that contains sensitive financial information that pertains to third parties. Further, Defendant seeks to seal Exhibit F to the Declaration Kevin Liu in support of Defendant's Opposition because Exhibit F is Plaintiff's bank statement for two of its accounts which contain financial information and financial records. Because these documents contain sensitive financial information, Defendant requests sealing under paragraph 12.3 of the Stipulated Protective Order (ECF No. 24).

Defendant also seeks to seal Exhibits G to P to Mr. Liu's Declaration which consists of various documents that Plaintiff produced and designated as "Confidential" in this litigation. These include draft contracts with redlined comments and edits between Plaintiff and third parties, executed contracts between Plaintiff and third parties, and emails among and between Plaintiff and third parties.  As such, it is Plaintiff's burden to show good cause for sealing these documents.  Defendant is filing these documents under seal in a good faith effort to protect these materials from public disclosure until a determination is made regarding Plaintiff's assertion of confidentiality over these materials.

Pursuant to Local Rule 141(b), Defendant's counsel has submitted the Request to Seal, Proposed Order Granting the Request to Seal, and the documents to be filed under seal, via email to Judge Chi Soo Kim. Also, pursuant to Local Rule 141(b), the Request to Seal, Proposed Order

GORDON REES SCULLY MANSUKHANI, LLP
315 PACIFIC AVENUE, SAN FRANCISCO, CA 94111

NOTICE OF REQUEST TO SEAL DOCUMENTS                    Case No. 2:24-cv-02782-CSK

Granting the Request to Seal, and the documents themselves to be filed under seal will be served upon Plaintiff via email.

Dated: April 21, 2026                           GORDON REES SCULLY MANSUKHANI, LLP


By:        */s/ Kevin Liu*
           Fletcher C. Alford
           Kevin Liu
       Attorneys for Defendant
       THE MANAGEMENT ASSOCIATION, INC.,
       dba THE MANAGEMENT TRUST

NOTICE OF REQUEST TO SEAL DOCUMENTS                    Case No. 2:24-cv-02782-CSK