Michael F. Ram, SBN 104805
mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
737 Bryant Street
San Francisco, CA 94105
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff and the Putative Class

Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA ON THE RIVER HOMEOWNERS' ASSOCIATION on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MANAGEMENT ASSOCIATION, INC. dba THE MANAGEMENT TRUST, a California Corporation,<br><br>Defendant. | No. 2:24-cv-02782-CSK<br><br>**STIPULATION AND ~~[PROPOSED]~~ MODIFIED ORDER EXTENDING NON-EXPERT AND EXPERT DISCOVERY DEADLINES**<br><br>Hon. Chi Soo Kim<br><br>Action Filed: October 9, 2024 |

Pursuant to Rule 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure, as well as L.R. 143, and 144 of the E.D. Cal. Local Rules, Plaintiff, RIVA ON THE RIVER HOMEOWNERS ASSOCIATION ("RIVA"), and Defendant, THE MANAGEMENT ASSOCIATION, INC. dba THE MANAGEMENT TRUST ("TMT"), jointly stipulate to extend the deadlines relating to non-expert discovery completion, expert disclosures, rebuttal expert disclosures, expert discovery completion, and the parties seek entry of the same by the Court as set forth below:

1. Under Rule 6(b)(1)(A), the Court may extend deadlines for good cause. Fed. R. Civ. P. 6(b)(1)(A). Per L.R. 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." Rule 16(b)(4) states that, "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" under Rule 16(b) primarily considers the diligence of the party seeking the amendment.

2. The Parties have been diligently conducting discovery in advance of the Court's discovery deadlines. The Parties have each served and responded to written discovery and conducted multiple depositions of the Parties' respective witnesses, including individuals who submitted declarations in connection with the Motion for Class Certification.

3. Additionally, the Parties have issued subpoenas and received records from multiple third parties. More recently, in July 2026, Defendant served subpoenas for production of documents and deposition testimonies from three third parties: Rosalind Olson, Action Property Management Inc. ("Action"), and Silvercreek Management Association ("Silvercreek"). The Parties have met and conferred and have confirmed the deposition of Ms. Olson for August 24, 2026. However, the Parties are still meeting and conferring with counsel for Action and Silvercreek and have yet to confirm mutually agreeable dates for those depositions. The Parties anticipate that one or more of these depositions may need to be completed in September 2026 in order to accommodate the schedules of these third parties and allow them to complete their production of documents. Furthermore, the anticipated discovery

from these third parties, along with the pending discovery that the Parties have propounded to each other, will impact the type of experts that will be disclosed along with the expert discovery to be conducted.

4. As such, additional time is necessary for the Parties to complete the remaining fact and expert discovery. The Parties have met and conferred and agreed that extending the deadlines for non-expert discovery completion, expert disclosures, rebuttal expert disclosures, and expert discovery completion by approximately 30-60 days is appropriate. The requested extension does not affect the trial date or any of the other upcoming deadlines set forth in the Court's Scheduling Order (ECF No. 29).

5. The Parties are not stipulating to, and requesting the Court's approval of, this extension of discovery deadlines for purposes of delay, but rather so that justice may be done.

6. Below is a table showing the stipulated deadline extensions:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-Expert Discovery Completion | September 2, 2026 | October 16, 2026 |
| Expert Disclosures | August 19, 2026 | October 16, 2026 |
| Rebuttal Expert Disclosures | September 23, 2026 | November 13, 2026 |
| Expert Discovery Completion | October 21, 2026 | November 27, 2026 |

Dated: August 20, 2026

Respectfully Submitted,

MORGAN AND MORGAN,
COMPLEX LITIGATION GROUP

By: /s/ Jeffrey B. Cereghino (as authorized on 8/18/2026)
Jeffrey B. Cereghino

Michael F. Ram, SBN 104805
mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

Telephone: (415) 846-3862
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
737 Bryant Street
San Francisco, CA 94107
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff and the Class

Dated: August 20, 2026

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/Kevin Liu
Kevin Liu

Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST

**~~[PROPOSED]~~ MODIFIED ORDER**

Finding good cause, the Court grants the Parties' request to extend the deadlines for non-expert discovery completion, expert disclosures, rebuttal expert disclosures, and expert discovery as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Completion | September 2, 2026 | October 16, 2026 |
| Expert Disclosures | August 19, 2026 | October 16, 2026 |
| Rebuttal Expert Disclosures | September 23, 2026 | November 13, 2026 |
| Expert Discovery Completion | October 21, 2026 | November 27, 2026 |

All other deadlines set forth in the Court's Scheduling Order (ECF No. 29) remain unchanged. All other requirements in the Court's January 30, 2025 Pretrial Scheduling Order (ECF No. 19) remain in place.

Dated: August 19, 2026

Hon. Chi Soo Kim
United States Magistrate Judge

8, riva.2782.24