# EXHIBIT C