**DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY**

# EXHIBIT F