DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY

# EXHIBIT H