# EXHIBIT K

Community Association Managers International Certification Board

# CMCA Standards of Professional Conduct

Revised October 2024

A Certified Manager of Community Associations® (CMCA) shall:

1. Be knowledgeable, act, and encourage clients to follow all applicable laws and regulations relevant to community association management and operations.

2. Be knowledgeable, comply, and encourage clients to comply with the applicable governing documents, policies, and procedures of the Client Association(s) to the extent permitted by that Client.

3. Not knowingly misrepresent material facts, make inaccurate statements or act in any fraudulent manner while representing Client Association(s) or acting as a CMCA.

4. Not provide legal advice to Client Association(s) or any of its members, or otherwise engage in the unlicensed practice of law.

5. Promptly disclose to Client Association(s) any actual or potential conflicts of interest that may involve the manager.

6. Refuse to accept any form of gratuity, compensation, or other remuneration from individuals or companies that may improperly influence the manager's decisions.

7. Participate in continuing professional education and satisfy all requirements to maintain the CMCA.

8. Uphold their fiduciary duty to the Client Association(s) by acting with due diligence, loyalty, and care in all aspects of community management.

9. Conduct themselves with professionalism, integrity, and respect when acting within the scope of their employment and in compliance with applicable laws, rules, and regulations.

10. Recognize the original records, files and books held by the manager are the property of the Client Associations to be returned to the Client at the end of the manager's engagement and maintain the duty of confidentiality to all current and former clients. These materials must be returned to the Client upon request. Maintain confidentiality for all current and former clients and ensure the secure handling of records, including electronic data, in compliance with current data security standards.

A violation of any of these Standards of Professional Conduct may be grounds for administrative action and possible revocation of the CMCA credential by the Community Association Managers International Certification Board (CAMICB).

For additional information to interpret the CMCA Standards of Professional Conduct, please refer to the following Clarification of the CMCA Standards of Professional Conduct document.

These standards are enforced through a process outlined in the CMCA Standards of Professional Conduct Enforcement Procedures. Visit camicb.org or contact the CAMICB office for a copy of the document.

CAMICB™

Community Association Managers
International Certification Board

# Clarification of the CMCA Standards of Professional Conduct

Revised October 2024

A. AUTHORITY: The Standards derive authority from the Community Association Managers International Certification Board (CAMICB). CAMICB has established these Standards of Professional Conduct for individuals with the Certified Manager of Community Associations (CMCA) certification.

B. DEFINITIONS: The Standards shall apply in any manager-client relationship where the manager receives compensation for professional services offered or provided to the client.

   1. Manager: a singular term which shall apply to all the following persons providing or offering some form of property or financial or administrative or consulting services to one or more clients:

      i. A single practitioner functioning as a client employee or

      ii. A single practitioner employed by a firm contracted by one or more clients or

      iii. A principal or supervisory staff member for a firm contracted by one or more clients.

   An individual who agrees to abide by the Standards is also responsible for ensuring that any person under their supervision complies with the Standards.

C. Client: a singular term that shall apply to one or more community association properties (condominium, homeowner association, cooperative, PUDs, PRDs, etc.) and their governing boards. The client may employ the manager directly or be under an independent contract with a firm that employs the manager.

D. AMPLIFICATION: CAMICB provides the following information and examples to explain further some of the tenets of the Standards of Professional Conduct.

   1. A manager must be knowledgeable, act, and encourage clients to follow all applicable laws and regulations relevant to community association management and operations. A manager must have a strong understanding of the laws and ensure their actions comply.

   2. To be knowledgeable, comply with, and encourage clients to comply with the governing documents means reading the documents and implementing the policies and procedures in accordance with them. For example, if the governing documents prohibit fines for owners violating them, the manager should not recommend fining as a method to the Client's Board.

   3. Always be truthful.

   4. Any legal advice should be provided to the association by the association's attorney. This includes drafting amendments to the documents and the interpretation of the legal language that affects board actions.

5. Disclosure of any possible conflict of interest is the key factor. For example, a manager (individually or through a company) may have a financial interest or contractual arrangement with a service contractor, supplier, or professional firm that is being considered by that manager's client. The disclosure must be made in writing to the association before the selection process to allow the client to consider the possible conflict fully and any alternatives. The fact that the client may still choose the manager's related entity is not a violation of the Standards, provided ample disclosure was given.

6. CAMICB requires managers to provide written disclosure to the client of any compensation, gratuity, or other forms of remuneration to the manager from individuals or companies who act or may act on behalf of the client. The written disclosure shall be made to the client by the manager, confirming receipt of all gifts, rebates, discounts, payments, or other benefits received more than $100 per instance or $500 annually by the manager from any vendor or vendor-related client. Educational and social events and meals intended to educate the manager are excluded from this requirement.

   If the manager is employed by a management company, the manager is not responsible for disclosing any gratuities, preferred vendor programs, or similar arrangements between the management company and vendors.

7. The manager is required to obtain continuing professional education that fulfills the requirements for CMCA recertification. If the manager holds other credentials relevant to community association management, they should also ensure that their continuing education meets the requirements for those credentials. The manager must ensure that all certification-related applications are accurate and truthful.

8. A breach of fiduciary duty includes any failure to act in the association's best interests, such as mismanaging association funds or neglecting critical responsibilities that harm the association.

9. Professional conduct is expected to be upheld at all times. A violation would not be based on a misunderstanding, difference of opinion, or personality conflict.

10. The manager must return original records, files, and books within 45 days upon request, unless otherwise specified in the management agreement, required by law, or mandated by other professional credentials. The 45-day period allows for necessary operational tasks, such as finalizing monthly financials, and accounts for variability in the size and complexity of the community.

    Items that the manager created or brought for use during the engagement but were not contracted or paid for by the client (such as proprietary operational or procedural manuals), remain the manager's property. These items are considered the manager's work product and are not subject to turnover unless specified in the management agreement.

    The manager may retain copies of key materials for post-engagement purposes.

The manager shall maintain a duty of confidentiality to all current and former clients, commencing from the effective start date of the relationship and continuing indefinitely.

E. FUTURE: CAMICB may expand the application of these Standards, and CAMICB reserves the right to update or amend both the CMCA Standards of Professional Conduct and this Clarification Document. Any such revision, updating, or amendment shall be promptly promulgated to those who achieve a CMCA and, after due notice, will apply to all CMCAs subject to the Standards.

F. DISCIPLINARY ACTION: After an internal investigation and hearing as provided in the CMCA Standards of Professional Conduct Enforcement Procedures Policy, a manager found to be in violation of the standards shall face a sanction under the Enforcement Procedures adopted by CAMICB. The extent of such sanction shall be commensurate with the violation's nature, severity, and intent.