Michael F. Ram, SBN 104805
mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
737 Bryant Street
San Francisco, CA 94105
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff and the Putative Class

Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVA ON THE RIVER HOMEOWNERS' ASSOCIATION on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MANAGEMENT ASSOCIATION, INC. dba THE MANAGEMENT TRUST, a California Corporation,<br><br>Defendant. | No. 2:24-cv-02782-CSK<br><br>**STIPULATION AND ~~[PROPOSED]~~ MODIFIED ORDER EXTENDING NON-EXPERT AND EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>Hon. Chi Soo Kim<br><br>Action Filed: October 9, 2024 |

Pursuant to Rule 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure, as well as L.R. 143, and 144 of the E.D. Cal. Local Rules, Plaintiff, RIVA ON THE RIVER HOMEOWNERS ASSOCIATION ("RIVA"), and Defendant, THE MANAGEMENT ASSOCIATION, INC. dba THE MANAGEMENT TRUST ("TMT"), jointly stipulate to extend the deadlines relating to non-expert discovery completion, expert disclosures, rebuttal expert disclosures, expert discovery completion, and dispositive motion deadlines. The parties respectfully request that the Court enter an Order on their stipulation, as follows:

1. Under Rule 6(b)(1)(A), the Court may extend deadlines for good cause. Fed. R. Civ. P. 6(b)(1)(A). Per L.R. 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." Rule 16(b)(4) states that, "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" under Rule 16(b) primarily considers the diligence of the party seeking the amendment.

2. On the August 27, 2026, the Court denied RIVA's motion for class certification, but gave RIVA leave to amend its Complaint. The Amended Complaint is due on September 28, 2026.

3. Currently, the deadline for non-expert discovery is October 16, 2026, the deadline for filing dispositive motions is October 28, 2026, and the deadline for expert discovery is November 27, 2026.

4. Discovery is still ongoing with respect to the claims and defenses set forth in the current pleadings. Substantial progress has been made, but some aspects of discovery remain incomplete, particularly with regard to recently-discovered documents and subpoenas directed to non-parties for production of documents and deposition testimony. Some important and difficult privilege issues have also arisen, which may require the Court's input.

5. Moreover, it is possible that the forthcoming Amended Complaint may necessitate new avenues for discovery. Yet, under the current schedule, fact discovery closes only slightly more than two weeks after the Amended Complaint is due to be filed.

6. In accordance with the table set forth below, the Parties respectfully request that the Court extend discovery and dispositive motion deadlines for 60 days. This will allow for the filing of the Amended Complaint and the evaluation of the need for additional discovery. If the Amended Complaint reveals the need for additional motion practice (e.g., a renewed motion for class certification, a motion to dismiss, summary judgment, etc.), all pretrial and trial dates may need to be further extended at that time. The current extension request is thus an interim one.

7. Below is a table showing the deadline extensions that the parties respectfully submit for the Court's consideration:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-Expert Discovery Completion | October 16, 2026 | December 15, 2026 |
| Expert Disclosures | October 16, 2026 | December 15, 2026 |
| Rebuttal Expert Disclosures | November 13, 2026 | January 12, 2027 |
| Expert Discovery Completion | November 27, 2026 | January 26, 2027 |
| Dispositive Motion Filed by | October 28, 2026 | December 28, 2026 |
| Dispositive Motions heard by | December 1, 2026 | February 1, 2027 |

Dated: October 8, 2026

Respectfully Submitted,

MORGAN AND MORGAN,
COMPLEX LITIGATION GROUP

By: /s/ Jeffrey B. Cereghino (as authorized on 9/11/2026)
Jeffrey B. Cereghino

Michael F. Ram, SBN 104805
mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
737 Bryant Street
San Francisco, CA 94107
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff and the Class

Dated: October 8, 2026

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Kevin Liu
Kevin Liu

Fletcher C. Alford, SBN 152314
falford@grsm.com
Kevin Liu, SBN 295287
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE MANAGEMENT ASSOCIATION, INC., dba THE MANAGEMENT TRUST

**~~[PROPOSED]~~ MODIFIED ORDER**

Finding good cause, the Court grants the Parties' request to extend the deadlines for non-expert discovery completion, expert disclosures, rebuttal expert disclosures, expert discovery, and dispositive motions. Pursuant to the Court's September 16, 2026 Order (ECF No. 83), the Court modifies the related case deadlines as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Non-Expert Discovery Completion | October 16, 2026 | December 15, 2026 |
| Expert Disclosures | October 16, 2026 | December 15, 2026 |
| Rebuttal Expert Disclosures | November 13, 2026 | January 12, 2027 |
| Expert Discovery Completion | November 27, 2026 | January 26, 2027 |
| Dispositive Motion Filed by | October 28, 2026 | ~~December 28, 2026~~ **February 2, 2027** |
| Dispositive Motions heard by | December 1, 2026 | ~~February 1, 2027~~ **March 9, 2027** |
| **Final Pretrial Conference and Motions In Limine Hearing** | **April 16, 2027** | **July 19, 2027** |
| **Jury Trial (5-10 days)** | **May 24, 2027** | **September 7, 2027** |

All other deadlines set forth in the Court's Scheduling Order (ECF No. 29) remain unchanged. **All other requirements in the Court's January 30, 2025 Pretrial Scheduling Order (ECF No. 19) remain in place.**

Dated: October 8, 2026

Honorable Chi Soo Kim
United States Magistrate Judge

8, riva.2782.24